468 A.2d 818

**Gerald Alan WILSON, Administrator, C.T.A. of the Estate of Eleanor D. Wilson, Deceased and Louis D. Wilson, as surviving spouse on behalf of himself and on behalf of all other survivors of Eleanor D. Wilson, Deceased,**

**v.**

**KEYSTONE INSURANCE COMPANY, Appellant.**

Superior Court of Pennsylvania.

Argued Jan. 20, 1982.

Filed Dec. 16, 1983.

Petition for Allowance of Appeal Granted March 15, 1984.

Hugh Hutchison, Philadelphia, for appellant.

Eli N. Donsky, Philadelphia, for appellees.

Before JOHNSON, WATKINS and LIPEZ, JJ.

OPINION PER CURIAM:

The sole issue in this appeal is whether basic loss benefits under the Pennsylvania No-Fault Motor Vehicle Insurance Act may be "stacked." We have held up disposition of this appeal until the issue could be determined by this court en banc, which has now held that basic loss benefits may not be stacked. *Antanovich v. Allstate Insurance Company*, 320 Pa.Super.Ct. 322, 467 A.2d 345 (1983). Since the court below computed the amounts the insurance company was ordered to pay under the assumption that benefits may be stacked, we must vacate the order and remand with a direction to recompute the benefits in accordance with *Antanovich v. Allstate Insurance Company, supra.*

Order vacated, and case remanded with instructions. Jurisdiction is relinquished.